IN THE UNITED STATES DISTRICT COURTS FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

RICARDO SILVA,
    Plaintiff,

v.                                                                   Cause No. 3:24-cv-00080-LS

ASSET PROTECTION & SECURITY SERVICES, L.P.
    d/b/a GLOBAL PRECISION SYSTEMS, and
APSS MANAGEMENT, LLC,
    Defendants.

## PLAINTIFF'S SUPPLEMENTAL NOTICE OF TRIAL EXHIBIT SUBMISSION

TO THE HONORABLE COURT:

Plaintiff, Ricardo Silva, now provides notice to the Court that Plaintiff submitted to the Court, through Box.com, Plaintiff's trial exhibits, Exhibit Numbers 18-20 and 31.

SIGNED on February 12, 2025.

                                                    Respectfully submitted,

                                                    **Chavez Law Firm**
                                                    2101 N. Stanton Street
                                                    El Paso, Texas 79902
                                                    (915) 351-7772

By: _/s/ Michael R. Anderson_
                            Enrique Chavez, Jr., State Bar No. 24001873
                            enriquechavezjr@chavezlawpc.com
                            Michael R. Anderson, State Bar No. 24087103
                            manderson@chavezlawpc.com
                            Michael M. Osterberg, State Bar No. 24108991
                            mikeosterberg@chavezlawpc.com
                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing instrument was e-filed and e-served on all counsel through the Court's efiling system. Accordingly, the Federal Rules of Civil Procedure do not require a Certificate of Service. Fed. R. Civ. P. 5(d)(1)(B) ("No certificate of service is required when a paper is served by filing it with the court's electronic-filing system.").