# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **RICARDO SILVA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:24-CV-00080-LS |
| | § | |
| **ASSET PROTECTION AND** | § | |
| **SECURITY SERVICES. L.P., D/B/A** | § | |
| **GLOBAL PRECISION SYSTEMS,** | § | |
| **AND APSS MANAGEMENT, LLC,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING REMITTITUR AND DISMISSING CASE

On January 13, 2026, the Court granted Defendant Asset Protection and Security Services, L.P.'s motion for judgment as a matter of law in part.[1] The Court ordered Plaintiff Ricardo Silva to either take a remittitur of $163,472.63 in damages or invoke his right to a new trial.[2] The Court gave Plaintiff until March 6, 2026, to make a decision.[3] Plaintiff has notified the Court that he accepts the remittitur.[4] Therefore, the Court grants Plaintiff $163,472.63 in damages and dismisses this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 11, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 96.
[2] *Id.* at 6.
[3] *Id.*
[4] ECF No. 103.