# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **RICARDO SILVA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:24-CV-00080-LS |
| | § | |
| **ASSET PROTECTION AND** | § | |
| **SECURITY SERVICES. L.P., D/B/A** | § | |
| **GLOBAL PRECISION SYSTEMS,** | § | |
| **AND APSS MANAGEMENT, LLC,** | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, Plaintiff is hereby awarded $163,472.63 in damages, and Defendants take nothing. Plaintiff is also awarded $65,257.80 in attorney's fees and $1,259.06 in costs. The Court enters this Final Judgment, and the Clerk is directed to close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 11, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**